DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HEYER & ASSOCIATES, P.A.,**
Appellant,

v.

**BROWARD COUNTY SHERIFF'S OFFICE, GREGORY TONY,** in his
official capacity as Broward County Sheriff,
Appellee.

No. 4D20-614

[February 18, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 19-10437 CACE (08).

Barbara A. Heyer and Marc H. Gold of Heyer & Associates, P.A., Fort Lauderdale, for appellant.

Beth J. Leahy and Jonathan S. Wickham of Walton Lantaff Schroeder & Carson LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***